**STATE of Missouri, Respondent,**

v.

**James SHANNON, Appellant.**

**No. 57265.**

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 27, 1990.

Dorothy Mae Hirzy, Sp. Public Defender, Clayton, Kathleen Green, St. Louis, for appellant.

William L Webster, Atty. Gen., Robert P. Sass, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Defendant appeals his conviction of unlawful use of a weapon.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).